UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA A. EBERHARDT,

    Plaintiff,

v.

COMMISSONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 15-13811
Honorable Victoria A. Roberts

## ORDER ADOPTING REPORT AND RECOMMENDATION [Doc. 24]

On February 16, 2017, Magistrate Judge Stephanie Dawkins Davis issued a Report and Recommendation [Doc. 24], recommending that Plaintiff's Motion for Summary Judgment [Doc. 14] be GRANTED, Defendant's Motion for Summary Judgment [20] be DENIED, and this matter be REMANDED for further proceedings. Neither party filed objections within the fourteen day period pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court **ADOPTS** the Report and Recommendation.

Plaintiff's motion is **GRANTED**; Defendant's motion is **DENIED**; and this matter is **REMANDED** for further proceedings.

Judgment will enter in favor of Plaintiff.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: March 13, 2017